| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Brotman, Stanley S. | 2. Court or Organization U.S.D.C, New Jersey | 3. Date of Report 6/14/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/Sr. Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 6030 M.H. Cohen US Courthouse 4th & Cooper Streets, Box 1029 Camden, NJ 08102-1029 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE OFFICE 2010 JUN 15 A 10: 05 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Brotman, Stanley S.

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Director and Secretary of American Automobile Association, Club of South New Jersey |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NY Intellectual Property Law Association | 4/27-28/09 | New York , NY | Dinner | Lodge, Food |
| 2. | Third Circuit Judicial Conference | 5/04-5/06/09 | Philadelphia, PA | Conference of Judges | Lodge, Food, Transportation |
| 3. | New Jersey State Bar Association | 5/14/09 | Atlantic City, NJ | Past Presidents' Luncheon | Food |
| 4. | Fordham - Stein | 10/29/09 | New York, NY | Dinner | Food |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value C de 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Advantage Pirmary Liq. Fd/Oppenheimer | A | Interest | J | T | | | | | |
| 2. U.S. Enviro Systems, Inc. c/s (formerly Cogenic Energy ) Sys | | None | J | T | | | | | |
| 3. General Electric c/s | B | Dividend | L | T | | | | | |
| 4. Xerox Corporation c/s | A | Dividend | K | T | | | | | |
| 5. PNC Bank c/s | B | Dividend | K | T | | | | | |
| 6. Sun Nat. Bank, Vineland, NJ (chkg acct) | B | Interest | J | T | | | | | |
| 7. Israel Bonds | A | Interest | J | T | | | | | |
| 8. Command Asset Money Market, formerly Wachovia Cap. Acct. | B | Interest | J | T | | | | | |
| 9. Wells Fargo Co., formerly Wachovia Corp. | A | Dividend | K | T | | | | | |
| 10. Israel Bonds | A | Interest | J | T | | | | | |
| 11. Minotola National Bank, Vineland, NJ (checking) | A | Interest | J | T | | | | | |
| 12. ▨▨▨ TRUST: | | | | | | | | | |
| 13. -GlenmedeFund Inc.-Tax Exempt Cash Port prin. cash & reserve | C | Interest | K | T | | | | | |
| 14. - General Electric Co. c/s | B | Dividend | L | T | | | | | |
| 15. - Colgate Palmolive Co. c/s | A | Dividend | K | T | Sold (part) | 8/31/09 | J | C | |
| 16. - Johnson & Johnson c/s | A | Dividend | K | T | | | | | |
| 17. - Royal Dutch Petroleum NY shares c/s | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Bank of America c/s | B | Dividend | K | T | | | | | |
| 19. - Automatic Data Processing, Inc. c/s | A | Dividend | K | T | | | | | |
| 20. - Microsoft Corp, c/s | A | Dividend | K | T | | | | | |
| 21. - Intel Corp. c/s | B | Dividend | J | T | | | | | |
| 22. - Chase Manhattan Corp.c/s | A | Dividend | J | T | | | | | |
| 23. Daimler Chrysler c/s | A | Dividend | J | T | | | | | |
| 24. IBM c/s | A | Dividend | M | T | | | | | |
| 25. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |
| 26. Specialty Retail Group, Inc. c/s | | None | J | T | | | | | |
| 27. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 28. - Glenmede Fund, Inc.: Strategic Equity Port | A | Int/Div | M | T | | | | | |
| 29. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 30. - Glenmede Fund, Inc. : Strategic Equity Part | A | Int/Div | K | T | | | | | |
| 31. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 32. - Glenmede Fund, Inc.: Strategic EquityPart | B | Dividend | L | T | | | | | |
| 33. Verizon c/s | A | Dividend | J | T | | | | | |
| 34. Pepsico, Inc. c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Motorola, Inc. c/s | A | Dividend | J | T | | | | | |
| 36. J.P.Morgan Chase c/s | A | Dividend | K | T | | | | | |
| 37. Intel c/s | A | Dividend | K | T | | | | | |
| 38. Israel Bonds | A | Interest | J | T | | | | | |
| 39. Vodaphone AirTouch c/s | A | Dividend | K | T | | | | | |
| 40. ⬛⬛⬛ TRUST: | | | | | | | | | |
| 41. - Exxon Mobil Corp. c/s | B | Dividend | K | T | | | | | |
| 42. - Sayreville, NJ (dtd 9/1/00; 4.6% Due 9/1/10) | B | Interest | K | T | | | | | |
| 43. - Mercer County, NJ Impt.(dtd 12/15/00 4.4%,due 11/1/10) | B | Interest | K | T | | | | | |
| 44. - Ocean City,NJ FSA G.O.(dtd 4/1/98 4.5%;due 4/1/08) | B | Interest | K | T | | | | | |
| 45. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 46. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | L | T | | | | | |
| 47. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 48. - Glenmede Fund, Inc.: Strategic Equity Part | B | Dividend | K | T | | | | | |
| 49. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 50. - Glenmede Fund, Inc.: Strategic Equity Port | B | Dividend | K | T | | | | | |
| 51. Verizon Communications c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Unique Mobility, Inc. c/s | A | Dividend | J | T | | | | | |
| 53. [        ] TRUST: | | | | | | | | | |
| 54. - Medtronic, Inc. c/s | A | Dividend | K | T | | | | | |
| 55. - NJ SY EDL FACS Auth Re Ambac dtd 7/1/01 4.3% 7/1/11 | A | Interest | K | T | | | | | |
| 56. THE GLENMEDE TRUST CO.(IRA1): | | | | | | | | | |
| 57. - Glenmede Fund, Inc.; Strategic Equity Fund | A | Dividend | J | T | | | | | |
| 58. - Vanguard Institutional Index 500 FD | B | Dividend | L | T | Sold (part) | 12/23/09 | J | | |
| 59. THE GLENMEDE TRUST CO.(IRA2): | | | | | | | | | |
| 60. - Glenmede Fund, Inc. - Strategic Equity Part | A | Dividend | J | T | | | | | |
| 61. - Vanguard Institutional Index 500 FD | B | Dividend | K | T | | | | | |
| 62. THE GLENMEDE TRUST CO. INVESTMENT ADVISORY: | | | | | | | | | |
| 63. - Vanguard Institutional Index 500 Fund | A | Dividend | K | T | Sold (part) | 9/1/09 | J | | |
| 64. [       ] TRUST | | | | | | | | | |
| 65. - NJ SPORTS&EXPOSITION dtd 1/1/02 4.6% due 3/1/12 | B | Interest | K | T | | | | | |
| 66. - Target Corp. c/s | A | Dividend | K | T | | | | | |
| 67. State of Israel Bond dtd 2/01/02 4.0% | A | Interest | J | T | | | | | |
| 68. State of Israel Bond dtd 12/01/02 4.0% | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Amgen, Inc. c/s | A | Dividend | J | T | | | | | |
| 70. Mercer Cnty,NJ Imp.Auth.dtd 8/01/02;due 8/01/09 3.25% | A | Interest | | | Redeemed | 8/30/09 | K | | |
| 71. Davis N.Y. Venture Fund Class C | A | Dividend | K | T | | | | | |
| 72. Lucent Technologies, now known as Alcatel-Lucent | A | Dividend | J | T | | | | | |
| 73. Allianz RCM Innovation Fund now known as RCM Global Technol. | A | Interest | J | T | | | | | |
| 74. Prudential Financial, Inc.. | A | Dividend | J | T | | | | | |
| 75. S.J. Port. Corp., NJ Rev, 3.50, dtd 12/01/02, due 1/01/09 | A | Interest | | | Redeemed | 1/2/09 | K | | |
| 76. ▨▨▨▨ TRUST | | | | | | | | | |
| 77. - Goldman Sacks Group c/s | A | Dividend | L | T | | | | | |
| 78. - Intel Corp., c/s | A | Dividend | J | T | | | | | |
| 79. ▨▨▨▨ TRUST | | | | | | | | | |
| 80. - Devon Energy Corp., c/s | A | Dividend | J | T | | | | | |
| 81. - Johnson Controls, c/s | A | Dividend | | | Sold | 2/17/09 | J | | |
| 82. - Oracle Systems, c/s | | None | K | T | | | | | |
| 83. - 3M Co, c/s | A | Dividend | K | T | | | | | |
| 84. - Kellogg Co., c/s | A | Dividend | J | T | | | | | |
| 85. - Proctor & Gamble Co., c/s | A | Dividend | J | T | Sold (part) | 8/31/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Varian Medical Systems, Inc., c/s | A | Dividend | K | T | | | | | |
| 87. Freescale Semiconductor, c/s | | None | J | T | | | | | |
| 88. - Abbott Laboratories, c/s | A | Dividend | K | T | | | | | |
| 89. - Royal Dutch Shell PLC-ADR c/s | A | Dividend | J | T | Sold (part) | 2/17/09 | J | D | |
| 90. - Gillette Co, c/s | A | Dividend | K | T | | | | | |
| 91. - Varian Medical Sys, Inc. c/s | A | Dividend | K | T | | | | | |
| 92. - Pepsico, Inc., c/s | A | Dividend | J | T | | | | | |
| 93. - Proctor & Gamble Co., c/s | A | Dividend | J | T | | | | | |
| 94. - Pepsico, Inc., c/s | A | Dividend | K | T | | | | | |
| 95. - Wyeth, c/s | A | Dividend | | | Sold | 2/17/09 | K | | |
| 96. - Marlbvoro Twp., NJ Brd Ed, dtd 7/15/04 4.5%, due 7/15/13 | B | Interest | L | T | | | | | |
| 97. Ktron Int'l, Inc. c/s | | None | J | T | | | | | |
| 98. GLENMEDE TRUST Investment Advisory | | | | | | | | | |
| 99. Glenmede Fund, Inc. - Tax Exempt Cash Port dtd 10/14/88 | C | Interest | J | T | | | | | |
| 100. ░░░░ TRUST | | | | | | | | | |
| 101. - Illinois Tool Works, c/s | A | Dividend | K | T | | | | | |
| 102. - Texas Instruments, Inc. c/s | A | Dividend | | | Sold | 5/13/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - United Technologies Corp., c/s | A | Dividend | K | T | | | | | |
| 104. - Glenmede Fund, Inc. -International Port | B | Dividend | K | T | | | | | |
| 105. - Tweedy Brown Global Value Fund | A | Dividend | K | T | | | | | |
| 106. - William Blair Inst. Intl. Growth Fund | B | Dividend | K | T | | | | | |
| 107. - Quest Diagnostics, Inc. c/s | A | Dividend | K | T | | | | | |
| 108. -General Electric Cap. Corp., dtd 4/28/06, 5.5% due 4/28/11 | C | Interest | L | T | | | | | |
| 109. - United Technologies Corp., dtd 4/29/02 6.1% due 5/15/2012 | C | Interest | L | T | | | | | |
| 110. - J.P. Morgan Chase & Co., dtd 11/25/02 5.75% due 1/2/2013 | B | Interest | K | T | | | | | |
| 111. - Citigroup, Inc. dtd 2/21/02 6% due 2/21/2012 | C | Interest | | | Sold | 2/19/09 | K | | |
| 112. -William Blair Intl. Growth - I | D | Dividend | K | T | | | | | |
| 113. [redacted] TRUST | | | | | | | | | |
| 114. -FLP Group, Inc. c/s | A | Dividend | K | T | | | | | |
| 115. -Walt Disney Company (dtd) 7/18/06, 5.7% due 7/15/11 | B | Interest | L | T | | | | | |
| 116. -Boeing Co. (dtd 2/11/03) f.125%, Due 2/15/13 | B | Interest | K | T | | | | | |
| 117. -Broadridge Financial Solutions, Inc. | A | Dividend | J | T | | | | | |
| 118. -Dell, Inc. c/s | A | Dividend | | | Sold | 2/17/09 | J | | |
| 119. -Rockwell Collins, c/s | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. -Express Scripts, c/s | A | Dividend | J | T | | | | | |
| 121. -Omnicom Group, c/s | A | Dividend | J | T | | | | | |
| 122. -Glenmede Fund, Inc., Large Cap. 100 Port | A | Dividend | K | T | | | | | |
| 123. -Pepsico Inc., dtd 5/21/07, 5.15%, 5/512 | B | Interest | K | T | | | | | |
| 124. -Proctor & Gamble Co, 8/10/04, 4.95 %, 8/15/14 | A | Interest | K | T | | | | | |
| 125. -NJ Sports & Exposition, dtd 1/1/02 4/6%, 3/1/12 | B | Interest | K | T | | | | | |
| 126. -NJ Sports & Exposition, dtd 1/1/02 4.6%, 3/1/12 | A | Interest | K | T | | | | | |
| 127. -Emerson Electric Co, dtd 12/11/02 5%, 12/15/14 | B | Interest | K | T | | | | | |
| 128. Davis NY Venture Group | A | Dividend | K | T | | | | | |
| 129. Davis NY Venture Fd, CLC | A | Dividend | K | T | | | | | |
| 130. Capital One, 4%, Due 12/28/09 | A | Interest | | | Redeemed | 12/28/09 | L | | |
| 131. First Bank, 3.55%, due 6/29/09 | C | Interest | | | Redeemed | 6/29/09 | L | | |
| 132. GMAC Bank, 3.6%, Due 3/13/09 | C | Interest | | | Redeemed | 3/13/09 | L | | |
| 133. Jersey City, 5.35%, Due 10/1/09 | C | Interest | | | Redeemed | 10/01/09 | L | | |
| 134. New Jersey, 5%, Due 7/1/10 | C | Interest | K | T | | | | | |
| 135. Provident Bank, 4%, Due 12/28/09 | C | Interest | | | Redeemed | 5/1/09 | L | | |
| 136. N.J. Tran, 5%, Due 6/15/18 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting perio | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Delaware, 5.75%, Due 1/1/26 | C | Interest | M | T | | | | | |
| 138. Wachovia Bank, 3.55%, due 9/11/09 | B | Interest | | | Redeemed | 9/11/09 | L | | |
| 139. ▨▨▨ TRUST | | | | | | | | | |
| 140. -Travelers Companies, Inc. c/s | A | Dividend | K | T | | | | | |
| 141. -Vanguard Global Equity FD c/s | B | Dividend | | | Sold | 12/09/09 | K | | |
| 142. -Verizon Communications dtd 4/4/08, 5.25% due 4/15/10 | B | Interest | K | T | | | | | |
| 143. -Hewlett Packard Co., dtd 3/3/08, 4.5%, due 3/1/13 | B | Interest | K | T | | | | | |
| 144. -Goldman Sachs Group, Inc. dtd 1/13/04, 5.15%, due 1/15/14 | B | Interest | K | T | | | | | |
| 145. -Emerson Electric Co., dtd 8/24/05, 4.75% due 10/15/15 | B | Interest | K | T | | | | | |
| 146. -Assurant c/s | A | Dividend | | | Sold | 5/13/09 | J | | |
| 147. -Diageo PCL Sponsored ADR c/s | A | Dividend | K | T | | | | | |
| 148. -J. P. Morgan Chase & Co., c/s | A | Dividend | J | T | | | | | |
| 149. -Patterson UTI Energy, LLC c/s | A | Dividend | | | Sold | 2/17/09 | J | | |
| 150. ▨▨▨ TRUST | | | | | | | | | |
| 151. Gilead Sciences, Inc. c/s | A | Dividend | J | T | Buy | 2/17/09 | J | | |
| 152. McDermott Ins. Inc. c/s | | | J | T | Buy | 2/17/09 | J | | |
| 153. Omnicom Group, c/s | A | Dividend | J | T | Buy | 2/17/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Calamos Convertible Fund-I, c/s | A | Dividend | | | Buy | 2/18/09 | J | | |
| 155. | | | | | Sold | 11/25/09 | K | C | |
| 156. Ontario Province, 2/3/05 4.5% | A | Interest | K | T | Buy | 2/25/09 | K | | |
| 157. Applied Materials Inc., c/s | A | Dividend | J | T | Buy | 5/13/09 | J | | |
| 158. Franklin Resources, Inc., c/s | A | Dividend | K | T | Buy | 5/13/09 | K | | |
| 159. Gilead Sciences, c/s | A | Dividend | J | T | Buy | 5/13/09 | J | | |
| 160. ITT Educational Servcies, Inc., c/s | A | Dividend | J | T | Buy | 5/13/09 | J | | |
| 161. Van Eck Global Hard Assets - I | A | Dividend | K | T | Buy | 5/13/09 | J | | |
| 162. Capital Markets PLC dtd 3/10/09 3.87% due 3/10/15 | A | Dividend | K | T | Buy | 5/20/09 | K | | |
| 163. Franklin Resources, Inc. c/s | | | | | Sold (part) | 8/31/09 | J | | |
| 164. Gilead Sciences, Inc. | | | | | Sold (part) | 8/31/09 | J | | |
| 165. Schlumberger Ltd. c/s | A | Dividend | J | T | Buy | 8/31/09 | J | | |
| 166. Nucor Corp c/s | A | Dividend | J | T | Buy | 8/31/09 | J | | |
| 167. Tweedy Browne Global Valve Fund | A | Dividend | K | T | Buy | 12/8/09 | K | | |
| 168. Oracle Corp. dtd 1/13/06 5.25%, due 1/15/14 | A | Interest | L | T | Buy | 12/15/09 | L | | |
| 169. GlenMede Fund, Inc. Tax Exempt - See VIII. Item (a) | | | K | U | | 12/31/09 | K | | |
| 170. GLENMEDE TRUST INVESTMENT | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Glenmede Fund, Inc. Strategic Equity Port | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 172. - Glenmede Fund Inc. Advisory Small CAD | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 173. - Glenmede Fund, Inc. - U.S. Emerging Growth | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 174. - Glenmede Fund, Inc. International Port | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 175. - Glenmede Fund, Inc. Large CAP 100 Port | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 176. - William Blair Int'l Growth - 1 | A | Dividend | J | T | Buy | 9/1/09 | J | | |
| 177. Cape May 4.375% due 8/15/14 | A | Interest | K | T | Buy | 9/21/09 | K | | |
| 178. Freehold Twp. 5% due 2/15/25 | B | Interest | K | T | Buy | 6/26/09 | K | | |
| 179. Hammonton NJ 4.5% due 8/1/25 | B | Interest | K | T | Buy | 6/26/09 | K | | |
| 180. Medford Twp. NJ 5% due 3/1/25 | B | Interest | K | T | Buy | 6/26/09 | K | | |
| 181. Montgomery 5% due 4/1/27 | B | Interest | K | T | Buy | 6/26/09 | K | | |
| 182. Montgomery 5% due 4/1/20 | B | Interest | K | T | Buy | 6/26/09 | K | | |
| 183. Morris County, NJ 3% due 2/1/11 | C | Interest | L | T | Buy | 4/2/09 | L | | |
| 184. New Jersey 5% due 7/1/31 | B | Interest | K | T | Buy | 6/29/09 | K | | |
| 185. Rutgers 5% due 5/1/15 | C | Interest | | | Buy | 3/19/09 | L | | |
| 186. | | | | | Redeemed | 5/1/09 | L | | |
| 187. Pleasantville, NJ 4% due 7/1/12 | B | Interest | K | T | Buy | 3/19/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Teaneck Twp., 5% due 7/15/28 | C | Interest | L | T | Buy | 6/29/09 | L | | |
| 189. Washington, 4.875% due 1/1/23 | B | Interest | L | T | Buy | 4/2/09 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

As to Section VII:

(a) Entry 169 of this report reflects an inadvertent omission of this security in the 2008 Financial Disclosure Report. Glenmede Trust Company, co-trustee of the 　　 y Trust included in the within report, in its annual statement of assets, December 31, 2009, reflects an account under the category of "Cash and Reserve." This account holds shares of "Glenmede Fund Inc., Tax Exempt Cash Port dated October 24, 1988" and cash. I have been advised by Glenmede that the account is used as vehicle to which proceeds of sale of securities, interest and dividends are transferred for temporary holding to earn income, pending further investment, distribution and other functions of the trust, resulting in a fluctuation of value from time-to-time. As of December 31, 2009, the value code was "K".

| Name of Person Reporting | Date of Report |
|---|---|
| Brotman, Stanley S. | 6/14/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544